UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS.: 3:14cr57/MCR/CJK
 3:17cv748/MCR/CJK

THOMAS VICTOR SWAY
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 15, 2018. ECF No. 121. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended motion to vacate, set aside, or correct sentence, ECF No. 87, is DENIED.

3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 23rd day of January 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:14cr57/MCR/CJK; 3:17cv748/MCR/CJK